IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEFFREY B. MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-205C |
| | ) | (George W. Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Shalom Brilliant, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Shalom Brilliant
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530
Phone: (202) 616-8275
Fax: (202) 305-7643
E-mail:Shalom.Brilliant@usdoj.gov

Attention: Classification Unit
8th Floor

s/Shalom Brilliant
Shalom Brilliant
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: May 14, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Shalom Brilliant