# In the United States Court of Federal Claims

| | |
|---|---|
| JEFFREY B. MORGAN,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 07-205 C<br><br>Filed July 25, 2007 |

**ORDER**

On July 18, 2007, pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims, the parties filed a joint preliminary status report ("JPSR," docket entry 7) with the Court. Plaintiff is employed by the Drug Enforcement Administration, the same federal agency as plaintiffs in a number of other actions pending before the United States Court of Federal Claims. Plaintiffs in those actions assert claims similar to the claims asserted by plaintiff in this action. Nonetheless, the parties state that they do not believe this case should be consolidated with, or deferred pending the resolution of, any of those other cases.

In the JPSR, the parties state that there is a reasonable likelihood that they will be able to settle regarding the issue whether plaintiff is exempt from the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (2000), as well as the amount of damages due plaintiff. Plaintiff intends to submit a proposed settlement agreement to the Government by July 31, 2007. On the other hand, the parties consider it unlikely that they will reach a settlement on whether plaintiff is entitled to be compensated for driving a Government-owned vehicle from home to work and from work to home. However, the parties propose deferring litigation of this issue pending the outcome of appellants' petition for a writ of certiorari from the decision in *Adams v. United States*, 471 F.3d 1321 (Fed. Cir. 2006).

In light of the foregoing, the Court ORDERS that the proceedings be stayed pending the outcome of appellants' petition for a writ of certiorari from the decision in *Adams v. United States*. The Court FURTHER ORDERS that the parties file a joint status report on **Friday, August 24, 2007**, and every 30 days thereafter advising the Court of the status of their settlement efforts. The Court FURTHER ORDERS that the parties file a joint status report within 10 days of the resolution of appellants' petition for a writ of certiorari from the decision in *Adams v.*

*United States*. In that report the parties shall propose a course of further proceedings looking toward resolution of the home-to-work-to-home issue.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge