IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JEFFREY B. MORGAN, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | Case No. 07-205C (Judge George W. Miller) |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on July 25, 2007, plaintiff and defendant respectfully submit the following joint status report:

1. Plaintiffs will submit a proposal to settle the instant case by no later than August 31, 2007.

2. On July 27, 2007, plaintiffs filed their petition for writ of certiorari with the Supreme Court seeking review of the Federal Circuit's March 14, 2007 adverse ruling in Stephen S. Adams, et al. v. United States, Case Nos. 06-5040 and 06-5041. Plaintiff's petition was docketed Stephen S. Adams, et al. v. United States, No. 07-116.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jules Bernstein
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiff

Dated: August 24, 2007

s/Jeanne E. Davidson by Kirk Manhardt
JEANNE E. DAVIDSON
Director

s/Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: August 24, 2007

**Filed Electronically**
**with the consent of Attorneys for Plaintiffs**