IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEFFREY B. MORGAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-205C |
| | ) | (Judge George W. Miller) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on July 25, 2007, plaintiff and defendant respectfully submit the following joint status report:

On August 29, 2007, plaintiff submitted a proposal to settle the instant case and several similar cases, except with respect to whether plaintiffs are entitled to be compensated for driving a Government-owned vehicle from home to work and work to home. Defendant anticipates responding to plaintiff's settlement proposal by October 31, 2007.

On July 27, 2007, a petition for a writ of *certiorari* was filed in Stephen S. Adams, et al. v. United States, No. 07-116 (July 27, 2007), seeking review of the Federal Circuit's March 14, 2007 ruling against the plaintiffs concerning the home-to-work driving issue. The Government is due to respond by October 31, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiff

Dated: 10-22-07

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: 10/18/07

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 23rd day of October 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Jules Bernstein**