IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JEFFREY B. MORGAN,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | Case No. 07-205C<br>(Judge George W. Miller) |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on July 25, 2007, defendant respectfully submits the following status report. Counsel for the parties have conferred regarding the filing of this document, and counsel for plaintiffs have authorized counsel for defendant to state that plaintiffs concur in the contents of this status report.

1. Since the filing of the parties' last joint status report, plaintiff's proposal to settle this case except as to claims based upon time spent driving between home and work in a Government vehicle was approved by the authorized representative of the Attorney General. Counsel for the parties have been discussing the appropriate terms to include in the settlement agreement (which would apply to this case and 12 other cases involving similar claims), as well as the terms upon which stipulations of dismissal should be filed. These discussions principally concern the manner in which payments under the settlement should be calculated in certain situations that may be relevant to a limited number of plaintiffs in these cases.

2. Appellants' petition for writ of *certiorari* filed in Stephen S. Adams, et al. v. United States, No. 70-116 (July 27, 2007), seeking review of the Federal Circuit's March 14, 2007 ruling against the plaintiffs concerning the home-to-work driving issue involved, was denied on

January 7, 2008, and appellants are considering what action to take at this time. Defendant believes that the driving claims should be dismissed based upon the Federal Circuit's decision in Adams.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:
Michael J. Dierberg
William P. Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

March 10, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 10th day of March 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**