IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEFFREY B. MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-205C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on July 25, 2007, defendant respectfully submits the following status report. Counsel for the parties have conferred regarding the filing of this document, and counsel for plaintiffs have authorized counsel for defendant to state that plaintiffs concur in the contents of this status report.

1. Since the filing of the parties' last joint status report, the parties have continued to discuss the manner in which payments should be calculated based upon a previously negotiated settlement which would apply to this case and 12 other cases involving similar claims. These discussions principally concern certain situations that may be relevant to a limited number of plaintiffs in these cases. Pursuant to these discussions, the parties agreed that plaintiffs in these cases would submit to defendant a statement of the hours of Fair Labor Standards Act ("FLSA") hours they claim to have worked during the times in question (other than home-to-work driving time), and defendant would compute the amount of back pay that would be appropriate based upon these submissions. The parties would then discuss whether the amount computed by defendant would be adequate to resolve plaintiffs' claims, other than claims for home-to-work driving time, which would not be covered by the settlement.

2. On March 27, 2008, plaintiff's counsel forwarded to defendant statements of FLSA hours for plaintiff in this case and 53 other plaintiffs in various other cases. Defendant has completed computations for several plaintiffs in two of the other cases, and has forwarded these computations to plaintiff's counsel. Defendant anticipates completing computations for additional plaintiffs during the next few weeks.

3. As stated in our last status report, appellants' petition for writ of *certiorari* filed in Stephen S. Adams, et al. v. United States, No. 70-116 (July 27, 2007), seeking review of the Federal Circuit's March 14, 2007 ruling against the plaintiffs concerning the home-to-work driving issue involved, was denied on January 7, 2008. Since that time, defendant has filed dispositive motions concerning the home-to-work driving claims that remain to be adjudicated in Adams, as well as home-to-work driving claims in several other cases, some of which, like this case, involve diversion investigators employed by the Drug Enforcement Administration. The diversion investigator cases in which such motions have been filed to date are Grush v. United States, No. 07-232C; Breiner v. United States, No. 07-249C; and Carrion v. United States, No. 07-626C. Diversion investigator claims, among many others, are also involved in Adams. Discovery has also been conducted in some of the diversion investigator cases.

4. Defendant anticipates filing a dispositive motion concerning the home-to-work driving claims in this case on or before June 30, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

**s/Todd M. Hughes**
TODD M. HUGHES
Deputy Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William P. Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

May 14, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 14th day of May 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**