# In the United States Court of Federal Claims

| | |
|---|---|
| JEFFREY B. MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-205 C<br><br>Filed June 18, 2008 |

## ORDER

On July 25, 2007, the Court ordered the parties to submit regular status reports beginning August 24, 2007, and continuing every 30 days after that date. The parties have neglected to file the last several status reports without prompting from the Court. To ensure that the Court's expectations regarding status reports are clear, the Court hereby **ORDERS** that the parties submit regular status reports regarding the parties' ongoing efforts to resolve this litigation. The parties shall file the first status report no later than **Monday, June 30, 2008**, and further status reports shall be submitted no less frequently than once every 30 days thereafter.

**IT IS SO ORDERED.**

s/ George W. Miller
GEORGE W. MILLER
Judge