IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEFFREY B. MORGAN, Plaintiff, | ) | |
| v. | ) | Case No. 07-205C (Judge George W. Miller) |
| THE UNITED STATES, Defendant. | ) | |

# JOINT STATUS REPORT

Pursuant to the Order issued by the Court on June 18, 2008, plaintiff and defendant respectfully submit the following joint status report:

1. Plaintiff's counsel are in the process of reviewing the back pay computations referenced in paragraphs 1 and 2 of the Joint Status Report filed by the parties on June 30, 2008.

2. On June 30, 2008, defendant filed a dispositive motion with respect to plaintiff's claim for back pay for time spent driving a Government vehicle between home and work. Plaintiff's response is due on July 31, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

TODD M. HUGHES
Deputy Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: July 30, 2008

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: July 30, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**