IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEFFREY B. MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-205C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on June 18, 2008, plaintiff and defendant respectfully submit the following joint status report:

1. Plaintiff's counsel has completed its review of the back pay computations referenced in paragraphs 1 and 2 of the Joint Status Report filed by the parties on June 30, 2008, concerning the plaintiff in this case, and agree that these computations are correct. Counsel for the parties have not yet reached agreement, however, concerning whether settlement of plaintiff's claims should include payment of interest.

2. On June 30, 2008, defendant filed a dispositive motion with respect to plaintiff's claim for back pay for time spent driving a Government vehicle between home and work. Plaintiff's response was filed on July 31, 2008 and defendant filed its reply on August 18, 2008.

Respectfully submitted,

s/ Jules Bernstein
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes by Reginald T. Blades, Jr.
TODD M. HUGHES
Deputy Director

s/ Shalom Brilliant by Michael J. Dierberg
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: August 29, 2008

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

s/ Edgar N. James
EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: August 28, 2008